## SECOND DISTRICT.

Eric R. Nyman, appellee, v. Rockford & Interurban Railway Company, appellant. Gen. No. 7,547.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

Fisher, North, Linscott & Gibboney, for appellant. A. H. Ranes and Leo B. Loewenthal, for appellee; Large & Reno and Corinne L. Rice, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

Ernest Brook, trustee, and M. A. Carmack, appellees, v. Pistakee Boat and Engine Company et al. Pistakee Boat and Engine Company, appellant. Gen. No. 7,578.

Bill for foreclosure of trust deed. Decree for complainant. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied July 5, 1926.

Otto F. Ring and Eugene M. Runyard, for appellant. D. T. Smiley, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

Catherine Witterstetter, appellee, v. J. Frank Deuel, appellant. Gen. No. 7,598.

Assumpsit for breach of contract. Judgment for plaintiff. Appeal from the County Court of Winnebago county; the Hon. Fred E. Carpenter, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

David D. Madden, for appellant. Frank M. Ryan, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Ursula Pauline, administratrix of the estate of Joe Pauline, deceased, appellant, v. Chicago, Rock Island & Pacific Railway Company, appellee. Gen. No. 7,600.

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied July 5, 1926.

Josef T. Skinner and C. N. Hollerich, for appellant. Cairo A. Trimble and Perry D. Trimble, for appellee; Daniel Taylor, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.